UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>       Defendants. | Case No. 5:15-cv-02231-PSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Brian Lee filed his complaint on May 18, 2015.[1] He later requested that the deadline to serve Defendants County of Santa Cruz et al. be extended to December 18, 2015.[2] The court granted this request.[3] Lee still has not served Defendants and did not appear at today's case management conference.[4] No later than February 9, 2016, Lee shall show cause in writing why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: January 26, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1

[2] *See* Docket No. 13.

[3] *See* Docket No. 14.

[4] *See* Docket No. 15.