KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe
Santa Cruz, California 95060
Telephone: (831) 475-1243
Email: lioness@got.net

Attorneys for Plaintiff BRIAN LEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION – ECF PROGRAM

| BRIAN LEE, | Case No. CV 15-02231 PSG |
|---|---|
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE; (PROPOSED) ORDER** |
| v. | |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

Plaintiff hereby responds to the Order to Show Cause issued by the court with regard to the above-entitled case. The original request for an extension was made because the defendant County of Santa Cruz was pursuing a civil case against plaintiff in Santa Cruz Superior Court. Said case arose out of the same set of circumstances underlying the pendent state claims in this action. That case is still pending in Superior Court with a scheduled trial

date of April 1, 2016.  As such, it is still premature to require the plaintiff to serve the defendants and also to embark upon the litigation process including the meet and confer requirements, Fed.R.Civ.P. 26 disclosures and discovery.

Plaintiff's counsel apologizes to the court for her inadvertent failure to appear at the scheduled Case Management Conference.

Dated: February 1, 2016           /s/Kathleen E. Wells_____
                                  Kathleen E. Wells
                                  Attorney for Plaintiff

(~~PROPOSED~~) ORDER

Good cause appearing therefor

IT IS HEREBY ORDERED that the time for service of the complaint is extended to  April 4 , 2016, the parties are ordered to meet and confer no later than  April 25 , 2016, and Fed.R.Civ.P. 26 disclosures are to be exchanged by  May 2 , 2016.

Dated:                            /s/ Paul S. Grewal
                                  THE HON. PAUL S. GREWAL
                                  UNITED STATES MAGISTRATE JUDGE