UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN LEE,

Plaintiff,

v.

COUNTY OF SANTA CRUZ, et al.,

Defendants.

Case No. 5:15-cv-02231-PSG

**ORDER TO SHOW CAUSE**

Plaintiff Brian Lee filed his complaint on May 18, 2015.[1]  He later requested that the deadline to serve Defendants County of Santa Cruz et al. be extended to December 18, 2015.[2]  The court granted this request.[3]  On January 26, 2015, the court ordered Lee to show cause why the case should not be dismissed for failure to prosecute, because he still had not served Defendants and had not appeared at a scheduled case management conference.[4]  Lee requested that the deadline for service be extended a second time, to April 4, 2016, and the court granted his request.[5]  Lee still has not served Defendants or notified the court of the need for a third extension. No later than April 15, 2016, Lee shall show cause in writing why this case should not be dismissed for failure to prosecute.

---

[1] *See* Docket No. 1

[2] *See* Docket No. 13.

[3] *See* Docket No. 14.

[4] *See* Docket No. 16.

[5] *See* Docket Nos. 17, 18.

Case No. 5:15-cv-02231-PSG
ORDER TO SHOW CAUSE

United States District Court
Northern District of California

1    **SO ORDERED.**

2    Dated: April 8, 2016

3    _____
     PAUL S. GREWAL
4    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No. 5:15-cv-02231-PSG
ORDER TO SHOW CAUSE