1
2
3

KATHLEEN E. WELLS, State Bar No. 107051
Attorney at Law
3393 Maplethorpe
Santa Cruz, California 95060
Telephone: (831) 475-1243
Email: lioness@got.net

4
5

Attorneys for  Plaintiff BRIAN LEE

6
7
8
9
10

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION – ECF PROGRAM

11
12
13
14
15
16
17
18
19

| BRIAN LEE, | Case No. CV 15-02231 PSG |
|---|---|
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE; (PROPOSED) ORDER** |
| v. | |
| COUNTY OF SANTA CRUZ,  et al., | |
| Defendants. | |

20
21
22
23
24
25
26
27

Plaintiff hereby responds to the second Order to Show Cause issued by the court with regard to the above-entitled case.  The original request for an extension was made because the defendant County of Santa Cruz is pursuing a civil case against plaintiff in Santa Cruz Superior Court. Said case arose out of the same set of circumstances underlying the pendent state law claims in this action. That case is still pending in Superior Court.   The trial was scheduled to begin on April 1, 2016.  On April 1 the trial date was continued to April 14,

2016, and on April 14, the court granted another extension to County Counsel to the end of May.  As such, it is still premature to require the plaintiff to serve the defendants and also to embark upon the litigation process including the meet and confer requirements, Fed.R.Civ.P. 26 disclosures and discovery and plaintiff requests that this court extend the deadlines accordingly.

     Plaintiff's counsel again apologizes to the court for her inadvertent failure to appear at the rescheduled Case Management Conference.

Date:  April 15, 2016        _/s/Kathleen E. Wells_____
                                                 Kathleen E. Wells
                                                 Attorney for Plaintiff

(PROPOSED) ORDER

Good cause appearing therefor

     IT IS HEREBY ORDERED that the time for service of the complaint is extended to _June 24_____, 2016, the parties are ordered to meet and confer no later than _July 15_____, 2016, and Fed.R.Civ.P. 26 disclosures are to be exchanged by _July 22_____, 2016.

Dated: April 15, 2016                               _/s/ Paul S. Grewal_____
                                                         THE HON. PAUL S. GREWAL
                                                         UNITED STATES MAGISTRATE JUDGE