1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     BRIAN LEE,                               Case No.15-cv-02231-JSC

8                    Plaintiff,

9          v.                                  **ORDER DISMISSING ACTON FOR
                                               FAILURE TO SERVE PURSUANT TO
10    COUNTY OF SANTA CRUZ, et al.,            FEDERAL RULE OF CIVIL
                                               PROCEDURE 4(m)**
11                   Defendants.

12

13          Plaintiff filed this action in May 2015. He seeks damages for the County's trespass on his

14    land and for charging him with illegal grading and cultivation of marijuana.  According to

15    Plaintiff, the action arises out of a state court civil action initiated by the County of Santa Cruz for

16    an injunction and penalties for the illegal grading.  Plaintiff thus contends that it is premature to

17    require service in this action until that action is resolved.  Plaintiff has accordingly received

18    numerous extensions of the deadline for service as trial in the state court action has been

19    repeatedly continued.  Most recently, on July 29, 2016, Plaintiff represented that trial was

20    scheduled to occur in October 2016. (Dkt. No. 25.) The Court therefore continued the initial case

21    management conference to November 17, 2016.  However, on August 31, 2016, Brian Lee, the

22    plaintiff in this action and a defendant in the related state court action, removed the state court

23    action to federal court thus delaying trial in that action. *City of Santa Cruz v. Brian Lee*, et al., 16-

24    5010 LHK (Dkt. No. 1).  The County's motion to remand is scheduled for hearing on February 9,

25    2017.

26          On November 28, 2016, the Court ordered Plaintiff to serve Defendants by December 30,

27    2016.  (Dkt. No. 29.)  The Court warned Plaintiff that that if he failed to file proof of service of the

28    summons and complaint by January 5, 2017 that the action would be dismissed for failure to

United States District Court
Northern District of California

United States District Court
Northern District of California

1   serve.  (*Id.*)  To date, Plaintiff has not filed proof of service of the summons and complaint and has

2   not shown good cause for his failure to do so.

3         Federal Rule of Civil Procedure 4(m) requires service of the complaint within 90 days of

4   filing and gives the district court discretion to dismiss an action without prejudice for failure to

5   effect timely service after providing notice, and absent a showing of good cause

6   for failure to serve.  *See Marroquin v. Fernandez–Carr*, No. 15-16352, 2016 WL 6892549, at *1

7   (9th Cir. Nov. 23, 2016).  Because Plaintiff has failed to serve Defendants and has failed to show

8   good cause for such failure, the Court DISMISSES THIS ACTION WITHOUT PREJUDICE

9   pursuant to Federal Rule of Civil Procedure 4(m).

10         **IT IS SO ORDERED.**

11   Dated: January 19, 2017

12

13   _____

14   JACQUELINE SCOTT CORLEY
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28